Alex L. Fugazzi, Esq. (Nevada Bar No. 9022)
V.R. Bohman, Esq. (Nevada Bar No. 13075)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: afugazzi@swlaw.com
       vbohman@swlaw.com

Timothy P. Crudo, Esq. (*Pro Hac Vice Forthcoming*)
Lyndsey M. Marcelino, Esq. (*Pro Hac Vice Forthcoming*)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: tpc@cpdb.com
       lmm@cpdb.com

*Attorneys for Defendant* MICHAEL A. DAVIS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MERIDIAN OHC PARTNERS, LP,<br><br>Plaintiff,<br><br>v.<br><br>CYANOTECH CORPORATION, a Nevada corporation; MICHAEL A. DAVIS, an individual; and RUDOLF STEINER FOUNDATION, INC., d/b/a RSF SOCIAL FINANCE, a New York corporation,<br><br>Defendants. | Case No.: 2:16-cv-01161<br><br>**MOTION TO SUBSTITUTE COUNSEL** |

Alan Sparer, Esq., of Sparer Law Group, hereby consents to Snell & Wilmer LLP's and Coblentz Patch Duffy & Bass LLP's Substitution as Counsel of Record for Defendant, Michael A. Davis ("DAVIS").

///

///

All future correspondence, notices, and pleadings are to be directed to Alex L. Fugazzi Esq., and V.R. Bohman, Esq., of the law firm Snell & Wilmer LLP, at 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, Nevada 89169, telephone (702) 784-5200, and Timothy P. Crudo, Esq., and Lyndsey M. Marcelino of the law firm Coblentz Patch Duffy & Bass LLP, One Montgomery Street, Suite 3000, San Francisco, CA 94104, telephone (415) 391-4800.

DATED this _____ day of August, 2016.

SPARER LAW GROUP

By: /s/ Alan W. Sparer
Alan Sparer, Esq.
Jin H. Kim, Esq.
100 Pine St. 33rd Floor
San Francisco, CA

Alex L. Fugazzi, Esq., and V.R. Bohman, Esq., of the law firm Snell & Wilmer LLP, and Timothy P. Crudo, Esq., and Lyndsey M. Marcelino, Esq., of the law firm Coblentz Patch Duffy & Bass LLP, hereby accept substitution as counsel for Defendant Michael A. Davis, for all purposes in the above-entitled action, in the place and stead of Alan Sparer, Esq., and Jin H. Kim, Esq., of the law firm of Sparer Law Group

DATED this 23rd day of August, 2016.

SNELL & WILMER L.L.P.

By: /s/ Alex Fugazzi
Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
V.R. Bohman, Esq.
Nevada Bar No. 13075
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

DATED this 16th day of August, 2016.

COBLENTZ PATCH DUFFY & BASS LLP

By: /s/ Timothy Crudo
Timothy Crudo, Esq. (Pro Hac Vice Forthcoming)
One Montgomery Street, Suite 3000
San Francisco, CA 94104

- 2 -

San Francisco, CA 94104

Defendant Michael A. Davis hereby substitutes and appoints Alex L. Fugazzi, Esq., and V.R. Bohman, Esq., of the law firm Snell & Wilmer LLP and Timothy Crudo, Esq., and Lyndsey M. Marcelino, Esq., of the law firm Coblentz Patch Duffy & Bass LLP as his counsel in the place and stead of Alan Sparer, Esq., and Jin H. Kim, Esq., of the law firm of Sparer Law Group.

DATED this 15 day of August, 2016.

MICHAEL A. DAVIS

*/s/ Michael A. Davis*

**ORDER**

The above substitution of counsel is hereby approved.

DATED: August 24, 2016

UNITED STATES MAGISTRATE JUDGE

- 3 -