JAMES D. BOYLE, ESQ.
Nevada Bar No. 8384
E-mail:jboyle@nevadafirm.com
SEAN E. STORY, ESQ.
Nevada Bar No. 13968
E-mail:sstory@nevadafirm.com
HOLLEY DRIGGS, WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912

BRIAN C. BUESCHER, ESQ. (Admitted PHV)
PATRICK B. GRIFFIN, ESQ. (Admitted PHV)
KUTAK ROCK LLP
1650 Farnam Street
Omaha, Nebraska 68102
Telephone:    402/346-6000
Facsimile:    402/346-1148

*Attorneys for Plaintiff Meridian OHC Partners, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MERIDIAN OHC PARTNERS, LP,<br><br>Plaintiff,<br><br>v.<br><br>CYANOTECH CORPORATION, a Nevada corporation; MICHAEL A. DAVIS, an individual; and RUDOLF STEINER FOUNDATION, INC. d/b/a RSF SOCIAL FINANCE, a New York corporation,<br><br>Defendants. | CASE NO.: 2:16-cv-01161-JAD-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO SUBMIT RESPONSES AND REPLIES RELATING TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S VERIFIED FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Pursuant to LR IA 6-1 and LR IA 6-2, Plaintiff Meridian OHC Partners, LP ("Meridian"), and Defendants Cyanotech Corporation ("Cyanotech"), Michael A. Davis ("Davis") and Rudolf Steiner Foundation, Inc. ("RSF") (and collectively, "Defendants"), hereby stipulate to extend the deadline for Meridian to respond to each of the following Motions to Dismiss filed by the Defendants on November 4, 2016: (1) Cyanotech's Motion to Dismiss Plaintiff's Derivative Claims (Dkt. No. 50); (2) RSF's Motion to

- 1 -

11644-01/1787543.doc

Dismiss the Complaint (Dkt. No. 53); and (3) Davis's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (Dkt. 52) (collectively the "Motions to Dismiss").  This is the first request for an extension of time for Meridian to file responsive briefs.

The current deadline for Meridian to file responsive briefs to the Motions to Dismiss is November 21, 2016.  Meridian and the Defendants have stipulated to an eighteen (18) day extension for Meridian to file responsive briefs to the Motions to Dismiss, such that the deadline for filing responsive briefs will be December 9, 2016.  The Parties further stipulate and agree that Defendants' reply briefs in support of the Motions to Dismiss will be due December 22, 2016.

Meridian has requested additional time to file its response briefs, given that the Motions to Dismiss raise complex issues and overlapping and intertwined arguments, including joinders filed by one or more Defendants, which require material review and may require Meridian to prepare three separate responsive briefs.  Thus, Meridian respectfully suggests that an eighteen (18) day extension is reasonable and that a good faith position exists for this Court to grant the stipulation of the parties.

Dated this 11th day of November, 2016.

*/s/ James D. Boyle*
James D. Boyle, Esq.
Nevada Bar No. 08384
Sean E. Story, Esq.
Nevada Bar No. 13968
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, 3rd Floor
Las Vegas, Nevada 89101

Brian C. Buescher, Esq.
*Admitted Pro Hac Vice*
Patrick B. Griffin, Esq.
*Admitted Pro Hac Vice*
KUTAK ROCK LLP
1650 Farnam Street
Omaha, Nebraska 68102

*Attorneys for Plaintiff Meridian OHC Partners, LP*

Dated this 11th day of November, 2016.

*/s/ I-Che Lai, Esq.*
I-Che Lai, Esq.
Nevada Bar No. 12247
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101

Michael P. McCloskey, Esq.
*Admitted Pro Hac Vice*
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
655 West Broadway, Suite 900
San Diego, California 92101

*Attorneys for Defendant Rudolf Steiner Foundation, Inc. d/b/a RSF Social Finance*

11644-01/1787543.doc

| | |
|---|---|
| Dated this 11th day of November, 2016. | Dated this 11th day of November, 2016. |
| */s/ Dennis L. Kennedy* | */s/ Alex L. Fugazzi* |
| Dennis L. Kennedy, Esq. | Alex L. Fugazzi, Esq. |
| Nevada Bar No. 01462 | Nevada Bar No. 09022 |
| Sarah E. Harmon, Esq. | V.R. Bohman, Esq. |
| Nevada Bar No. 08106 | Nevada Bar No. 13075 |
| BAILEY KENNEDY | SNELL & WILMER LLP |
| 8984 Spanish Ridge Avenue | 3883 Howard Hughes Parkway, Suite 1100 |
| Las Vegas, Nevada 89148-1302 | Las Vegas, Nevada 89169 |
| | |
| James G. Kreissman, Esq. | Timothy P. Crudo, Esq. |
| *Admitted Pro Hac Vice* | *Admitted Pro Hac Vice* |
| Stephen P. Blake, Esq. | Lynsdsey M. Marcelino, Esq. |
| *Admitted Pro Hac Vice* | *Admitted Pro Hac Vice* |
| SIMPSON THATCHER & BARTLETT LLP | COBLENZ PATCH DUFFY & BASS LLP |
| 2475 Hanover Street | One Montgomery Street, Suite 3000 |
| Palo Alto, California 94304 | San Francisco, California 94104-5500 |
| | |
| *Attorneys for Defendant Cyanotech Corporation* | *Attorneys for Defendant Michael A. Davis* |

**ORDER**

Having reviewed and considered the stipulation of the parties set forth above, and good cause appearing, it is hereby ORDERED that Plaintiff Meridian OHC Partners, LP shall have by and through December 9, 2016 to file responsive briefs to each of the above-referenced Motions to Dismiss and joinders thereto, and Defendants have until December 22, 2016 to file reply briefs in response thereto.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE/
~~UNITED STATES MAGISTRATE JUDGE~~

DATED: 11/14/2016

- 3 -

11644-01/1787543.doc