Alex L. Fugazzi, Esq. (Nevada Bar No. 5104)
V.R. Bohman, Esq. (Nevada Bar No. 13075)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: afugazzi@swlaw.com
Email: vbohman@swlaw.com

*Attorneys for Defendant*
MICHAEL A. DAVIS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MERIDIAN OHC PARTNERS, LP, <br><br> Plaintiff, <br><br> vs. <br><br> CYANOTECH CORPORATION, a Nevada corporation; MICHAEL A. DAVIS, an individual; and RUDOLF STEINER FOUNDATION, INC., d/b/a RSF SOCIAL FINANCE, a New York corporation, <br><br> Defendants. | Case No.: 2:16-cv-01161-JAD-CWH <br><br> **SUBSTITUTION OF ATTORNEYS** <br><br> Trial Date: None Set |

Michael A. Davis, Defendant, hereby substitutes Anna Erickson White, Esq. and Robert W. May, Esq. of Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, Telephone 415.268.7000, as attorney of record in place and stead of Timothy P. Crudo, Esq. (Admitted *Pro Hac Vice*) and Lyndsey M. Marcelino, Esq. (Admitted *Pro Hac Vice*) of Coblentz Patch Duffy & Bass LLP.

DATED 6-17-2017                    _____
                                                            Michael A. Davis

I consent to the above substitution.

///
///
///

| | |
|---|---|
| DATED: June 9, 2017 | COBLENTZ PATCH DUFFY & BASS LLP<br><br>*[signature]*<br><br>Timothy P. Crudo, Esq.<br>(Admitted *Pro Hac Vice*)<br>Lyndsey M. Marcelino, Esq.<br>(Admitted *Pro Hac Vice*)<br>One Montgomery Street, Suite 3000<br>San Francisco, California 94104-5500<br>Telephone: 415.391.4800<br>Facsimile: 415.989.1663<br>Email: ef-tpc@cpdb.com<br>Email: ef-lmm@cpdb.com |

I am duly admitted to practice in this District.

Above substitution accepted.

| | |
|---|---|
| DATED: 6/19/17 | MORRISON & FOERSTER LLP<br><br>*[signature]*<br><br>Anna Erickson White, Esq.<br>(*Admitted Pro Hac Vice*)<br>Robert W. May, Esq.<br>(*Admitted Pro Hac Vice*)<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br>Email: awhite@mofo.com<br>Email: rmay@mofo.com |

Please check one: X RETAINED, or ___ APPOINTED BY THE COURT

APPROVED:

DATED: June 21, 2017

*[signature]*

UNITED STATES MAGISTRATE JUDGE

///
///
///
///
///

- 2 -

Submitted by:

SNELL & WILMER L.L.P.

*[signature]* (NV 13064)

Alex L. Fugazzi, Esq. (Nevada Bar No. 9022)
V.R. Bohman, Esq. (Nevada Bar No. 13075)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: afugazzi@swlaw.com
Email: vbohman@swlaw.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on _____, 2017, I electronically transmitted the foregoing SUBSTITUTION OF ATTORNEYS to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

And I sent to the following via U.S. Mail:

James D. Boyle
Hannah S. Goodwin
**HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON**
400 South Fourth Street, 3rd Floor
Las Vegas, Nevada 89101
JBoyle@nevadafirm.com
HGoodwin@nevadafirm.com

Brian C. Buescher
Patrick B. Griffin
**KUTAK ROCK LLP**
1650 Farnam Street
Omaha, Nebraska 68102-2186
Brian.Buescher@kutakrock.com
Patrick.Griffin@kutakrock.com

*Attorneys for Plaintiff*
MERIDIAN OHC PARTNERS, LP

I-Che Lai
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
I-Che.Lai@wilsonelser.com

Michael P. McCloskey
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER**
401 West A Street, Suite 1900
San Diego, California 92101
Michael.McCloskey@wilsonelser.com

*Attorneys for Defendant*
RUDOLF STEINER FOUNDATION, INC.,
d/b/a RSF SOCIAL FINANCE

Dennis L. Kennedy
Sarah E. Harmon
**BAILEY KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
DKennedy@BaileyKennedy.com
SHarmon@BaileyKennedy.com

James G. Kreissman
Stephen P. Blake
**SIMPSON THACHER & BARTLETT LLP**
2475 Hanover Street
Palo Alto, California 94304
JKreissman@stblaw.com
SBlake@stblaw.com

*Attorneys for Defendant*
CYANOTECH CORPORATION

DATED this ___ day of _____, 2017

/s/ _____
An employee of SNELL & WILMER L.L.P.

4827-5627-7066.1

- 4 -