| | |
|---|---|
| 1 | I-CHE LAI, ESQ. |
| | Nevada Bar No. 12247 |
| 2 | I-Che.Lai@wilsonelser.com |
| | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP** |
| 3 | 300 South Fourth Street, 11th Floor |
| | Las Vegas, Nevada 89101 |
| 4 | Telephone: 702.727.1400 |
| | Facsimile: 702.727.1401 |
| 5 | |
| 6 | MICHAEL P. MCCLOSKEY, ESQ. |
| | *Admitted Pro Hac Vice* |
| | Michael.McCloskey@wilsonelser.com |
| 7 | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP** |
| | 655 West Broadway, Suite 900 |
| 8 | San Diego, California 92101 |
| | Telephone: 619.321.620 |
| 9 | Facsimile: 619.321.6201 |
| | *Attorneys for Defendant Rudolf Steiner* |
| 10 | *Foundation, Inc., d/b/a RSF Social Finance* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MERIDIAN OHC PARTNERS, LP, | Case No. 2:16-cv-01161-JAD-(CWH) |
| Plaintiff, | |
| vs. | |
| MICHAEL A. DAVIS, an individual; and RUDOLF STEINER FOUNDATION, INC., d/b/a RSF SOCIAL FINANCE, a New York corporation, | |
| Defendants. | |

### STIPULATION AND ORDER TO RESPOND TO THIRD AMENDED COMPLAINT [ECF NO. 75]
**(First Request)**

Plaintiff Meridian OHC Partners, LP and defendants Michael A. Davis and Rudolf Steiner Foundation, Inc., d/b/a RSF Social Finance (collectively, the "Parties") hereby stipulate and agree to extend the deadline for each defendant to respond to the Third Amended Complaint to May 15, 2018. The Third Amended Complaint, among other things, alleges that Mr. Davis and RSF Social

1

1305342v.2

Finance, from at least 2011 forward, formed and acted as an undisclosed "group" within the meaning of Section 13(d) of the Securities Exchange Act. (*See* ECF No. 75 ¶¶ 33-56.) This allegedly violated section 13(d). (*See id.* ¶¶ 87-101.) RSF needs additional time to evaluate these allegations and to prepare a responsive pleading. Defendants believe that it would be most efficient for both defendants to remain on the same schedule for filing responsive pleadings and Davis, therefore, respectfully requests that any extension given to RSF apply to Davis as well. Therefore, good cause exists for the requested extension.

This proposed extension of the deadline for defendants to answer does not alter any other dates in the Court's April 19, 2018 Scheduling Order. (ECF No. 111.) In making this stipulation, the parties each do not waive any of their respective legal or procedural rights, which are hereby preserved.

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: May 3, 2018

1305342v.2

DATED: May 3, 2018

/s/Patrick B. Griffin
James D. Boyle, Esq.
Nevada Bar No. 08384
Hanna S. Goodwin
Nevada Bar No. 13878
**HOLLEY DRIGGS, WALCH**
**FINE WRAY PUZEY & THOMPSON**
400 South Fourth Street, 3rd Floor
Las Vegas, Nevada 89101

Brian C. Buescher, Esq.
*Admitted Pro Hac Vice*
Patrick B. Griffin, Esq.
*Admitted Pro Hac Vice*
**KUTAK ROCK LLP**
1650 Farnam Street
Omaha, Nebraska 68102

*Attorneys for Plaintiff Meridian OHC Partners, LP*

DATED: May 3, 2018

/s/I-Che Lai
I-Che Lai, Esq.
Nevada Bar No. 12247
**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER, LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101

Michael P. McCloskey, Esq.
*Admitted Pro Hac Vice*
**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER LLP**
655 West Broadway, Suite 900
San Diego, California 92101

*Attorneys for Defendant Rudolf Steiner Foundation, Inc., d/b/a RSF Social Finance*

DATED: May 3, 2018

/s/Robert W. May
Anna Erickson White, Esq.
*Admitted Pro Hac Vice*
Robert W. May, Esq.
*Admitted Pro Hac Vice*
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482

Alex Fugazzi, Esq.
Nevada Bar No. 9022
V.R. Bohman, Esq.
Nevada Bar No. 13075
**SNELL & WILMER, LLP**
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant Michael A. Davis*

1305342v.2