Anna Erickson White, Esq. (*Admitted Pro Hac Vice*)
Robert W. May, Esq. (*Admitted Pro Hac Vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: white@mofo.com
       rmay@mofo.com

Alex L. Fugazzi, Esq. (Nevada Bar No. 9022)
V.R. Bohman, Esq. (Nevada Bar No. 13075)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: afugazzi@swlaw.com
       vbohman@swlaw.com

*Attorneys for Defendant*
MICHAEL A. DAVIS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MERIDIAN OHC PARTNERS, LP, | Case No.: 2:16-cv-01161-JAD-CWH |
| Plaintiff, | **JOINT INTERIM STATUS REPORT** |
| vs. | Trial Date: None Set |
| CYANOTECH CORPORATION, a Nevada corporation; MICHAEL A. DAVIS, an individual; and RUDOLF STEINER FOUNDATION, INC., d/b/a RSF SOCIAL FINANCE, a New York corporation, | |
| Defendants. | |

Pursuant to LR 26-3 and the Court's Scheduling Order entered on April 19, 2018 (ECF No. 111), the parties, by and through their counsel of record, hereby submit the following Joint Status Report and state the following:

1. Any trial in this matter is anticipated to require 4-5 judicial days.

2. In accordance with LR 26-3, all parties state that they are available for trial beginning on the following three alternative dates:

    a. April 1, 2019;

    b. April 15, 2019;

    c. May 9, 2019.

3. The parties believe that the need for a trial will be eliminated or the issues for trial will be narrowed by dispositive motion practice.

4. The parties certify that they have considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, as well as use of the Short Trial Program, and the use of alternative dispute-resolution processes including mediation, arbitration, and early neutral evaluation.

Respectfully submitted August 16, 2018.

| KUTAK ROCK LLP | SNELL & WILMER L.L.P. |
|---|---|
| /s/ Patrick B. Griffin<br>Brian C. Buescher, Esq.<br>*(Admitted Pro Hac Vice)*<br>Patrick B. Griffin, Esq.<br>*(Admitted Pro Hac Vice)*<br>1650 Farnam Street<br>Omaha, Nebraska 68102<br><br>HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON<br>James D. Boyle, Esq.<br>Hannah S. Goodwin, Esq.<br>400 South Fourth Street, 3rd Floor<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Plaintiff*<br>*MERIDIAN OHC PARTNERS, LP* | /s/ V.R. Bohman<br>Alex L. Fugazzi, Esq.<br>V.R. Bohman, Esq.<br>3883 Howard Hughes Pkwy, Suite 1100<br>Las Vegas, Nevada 89169<br><br>Anna Erickson White, Esq.<br>(*Admitted Pro Hac Vice*)<br>Robert W. May, Esq.<br>(*Admitted Pro Hac Vice*)<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br><br>*Attorneys for Defendant*<br>*MICHAEL A. DAVIS* |

1  WILSON ELSER MOSKOWITZ
2  EDELMAN & DICKER

3  /s/ I-Che Lai
   I-Che Lai, Esq.
4  300 South Fourth Street, 11th Floor
   Las Vegas, Nevada 89101
5
   Michael P. McCloskey, Esq.
6  WILSON ELSER MOSKOWITZ
   EDELMAN & DICKER
7  401 West A Street, Suite 1900
8  San Diego, California 92101

9  *Attorneys for Defendant*
   *RUDOLF STEINER FOUNDATION, INC.,*
10 *d/b/a RSF SOCIAL FINANCE*

# CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2018, I electronically transmitted the foregoing **JOINT INTERIM STATUS REPORT** the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

James D. Boyle, Esq.
Hannah S. Goodwin, Esq.
**HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON**
400 South Fourth Street, 3rd Floor
Las Vegas, Nevada 89101
JBoyle@nevadafirm.com
HGoodwin@nevadafirm.com

Brian C. Buescher, Esq.
Patrick B. Griffin, Esq.
**KUTAK ROCK LLP**
1650 Farnam Street
Omaha, Nebraska 68102-2186
Brian.Buescher@kutakrock.com
Patrick.Griffin@kutakrock.com

*Attorneys for Plaintiff*
MERIDIAN OHC PARTNERS, LP

I-Che Lai, Esq.
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
I-Che.Lai@wilsonelser.com

Michael P. McCloskey, Esq.
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER**
401 West A Street, Suite 1900
San Diego, California 92101
Michael.McCloskey@wilsonelser.com

*Attorneys for Defendant*
RUDOLF STEINER FOUNDATION, INC.,
d/b/a RSF SOCIAL FINANCE

DATED this 16th day of August, 2018

　　　　　　　　　　　　　　　*/s/ Lyndsey Luxford*
　　　　　　　　　　　　　　　An employee of SNELL & WILMER L.L.P.

4851-2980-9776