JAMES D. BOYLE, ESQ. (NBN 08384)
E-mail: jboyle@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:  702/791-0308
Facsimile:   702/791-1912

BRIAN C. BUESCHER, ESQ. (Admitted PHV)
Brian.Buescher@KutakRock.com
PATRICK B. GRIFFIN, ESQ. (Admitted PVH)
Patrick.Griffin@KutakRock.com
KUTAK ROCK LLP
1650 Farnam Street
Omaha, Nebraska 68102
Telephone:  402/346-6000
Facsimile:   402/346-1148

*Attorneys for Plaintiff Meridian OHC Partners, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MERIDIAN OHC PARTNERS, LP, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL A. DAVIS, an individual; and RUDOLF STEINER FOUNDATION, INC., d/b/a RSF SOCIAL FINANCE, a New York corporation, <br><br> Defendants. | CASE NO. 2:16-cv-01161-JAD-CWH <br><br> **NOTICE OF DISASSOCIATION OF ATTORNEY HANNAH S. GOODWIN, ESQ.** |

Plaintiff Meridian OHC Partners, LP ("Meridian"), by and through its undersigned counsel, hereby submits this Notice of Disassociation of Attorney Hannah S. Goodwin, Esq. (the "Notice of Disassociation") to inform the parties and their counsel that Hannah S. Goodwin, Esq. ("Ms. Goodwin") is no longer associated with the firm of Holley Driggs Walch Fine Wray Puzey & Thompson, and further that Ms. Goodwin is no longer associated as counsel for Meridian in this action.

Accordingly, Meridian requests that the Clerk remove Ms. Goodwin as counsel for Meridian in the Docket Report and remove Ms. Goodwin from the Court's ECF system as counsel receiving service on behalf of Meridian in this action.

- 1 -

James D. Boyle, Esq. of Holley Driggs Walch Fine Wray Puzey & Thompson shall remain as local counsel of record for Meridian in this action, in association with Brian C. Buescher, Esq. and Patrick B. Griffin, Esq. of Kutak Rock LLP.

DATED this 17 day of August, 2018.

**HOLLEY DRIGGS WALCH**
**FINE WRAY PUZEY & THOMPSON**

*/s/ James D. Boyle*
JAMES D. BOYLE, ESQ. (NBN 0834)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

**KUTAK ROCK LLP**

BRIAN C. BUESCHER, ESQ. (Admitted PHV)
PATRICK B. GRIFFIN, ESQ. (Admitted PHV)
1650 Farnam Street
Omaha, Nebraska 68102

*Attorneys for Plaintiff Meridian OHC Partners, LP*

IT IS SO ORDERED.

DATED: August 20, 2018

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that on the 17 day of August, 2018, I caused the document entitled **NOTICE OF DISASSOCIATION OF ATTORNEY HANNAH S. GOODWIN, ESQ.**, to be served as follows:

| Attorneys of Record | Parties Represented | Method of Service |
|---|---|---|
| I-Che Lai, Esq.<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP<br>300 South Fourth Street, 11th Floor<br>Las Vegas, Nevada 89101<br><br>Michael P. McCloskey, Esq.<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP<br>655 West Broadway, Suite 900<br>San Diego, California 92101 | Defendant Rudolf Steiner Foundation, Inc. d/b/a RSF Social Finance | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |
| Alex L. Fugazzi, Esq.<br>V.R. Bohman, Esq.<br>SNELL & WILMER LLP<br>3883 Howard Hughes Parkway<br>Suite 1100<br>Las Vegas, Nevada 89169<br><br>Anna Erickson White, Esq.<br>Robert W. May, Esq.<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482 | Attorneys for Defendant Michael A. Davis | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |

_/s/ [signature]_
An employee of Holley Driggs Walch
Fine Wray Puzey & Thompson

- 3 -