JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
E-mail: jboyle@nevadafirm.com
HANNA S. GOODWIN, ESQ.
Nevada Bar No. 13878
E-mail: hgoodwin@nevadafirm.com
HOLLEY DRIGGS, WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:     702/791-1912

BRIAN C. BUESCHER, ESQ. (Admitted PHV)
Brian.Buescher@KutakRock.com
PATRICK B. GRIFFIN, ESQ. (Admitted PHV)
Patrick.Griffin@KutakRock.com
KUTAK ROCK LLP
1650 Farnam Street
Omaha, Nebraska 68102
Telephone:    402/346-6000
Facsimile:     402/346-1148

*Attorneys for Plaintiff Meridian OHC Partners, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MERIDIAN OHC PARTNERS, LP,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL A. DAVIS, an individual; and RUDOLF STEINER FOUNDATION, INC., d/b/a RSF SOCIAL FINANCE, a New York corporation,<br><br>Defendants. | CASE NO.:   2:16-cv-01161-JAD-CWH<br><br>**JOINT STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE ON THE MERITS** |

Plaintiff Meridian OHC Partners, LP and Defendants Michael A. Davis and Rudolf Steiner Foundation, Inc., d/b/a RSF Social Finance, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action, including all claims

asserted herein, with prejudice on the merits, each party to bear their own costs and attorneys' fees.

WHEREFORE, the parties respectfully request that the Court enter an Order dismissing this Action and all claims asserted herein, with prejudice on the merits, each party to bear their own costs and attorneys' fees.

IT IS SO ORDERED

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this ____ day of October, 2018.

| | |
|---|---|
| s/ *Patrick B. Griffin* | s/ *I-Che Lai* |
| James D. Boyle, Esq.<br>Nevada Bar No. 08384<br>Sean E. Story, Esq.<br>Nevada Bar No. 13968<br>HOLLEY DRIGGS WALCH<br>FINE WRAY PUZEY & THOMPSON<br>400 South Fourth Street, 3rd Floor<br>Las Vegas, Nevada 89101<br><br>Brian C. Buescher, Esq.<br>*Admitted Pro Hac Vice*<br>Patrick B. Griffin, Esq.<br>*Admitted Pro Hac Vice*<br>KUTAK ROCK LLP<br>1650 Farnam Street<br>Omaha, Nebraska 68102<br><br>*Attorneys for Plaintiff Meridian OHC Partners, LP* | I-Che Lai, Esq.<br>Nevada Bar No. 12247<br>WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER, LLP<br>300 South Fourth Street, 11th Floor<br>Las Vegas, Nevada 89101<br><br>Michael P. McCloskey, Esq.<br>*Admitted Pro Hac Vice*<br>WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER, LLP<br>655 West Broadway, Suite 900<br>San Diego, California 92101<br><br>*Attorneys for Defendant Rudolf Steiner Foundation, Inc. d/b/a RSF Social Finance* |

s/ *Robert W. May*

1  Anna Erickson White, Esq.
   Admitted *Pro Hac Vice*
2  Robert W. May, Esq.
   Admitted *Pro Hac Vice*
3  MORRISON & FOERSTER, LLP
4  425 Market Street
   San Francisco, California  94105
5
   Alex Fugazzi, Esq.
6  Nevada Bar No. 9022
7  V.R. Bohman, Esq.
   Nevada Bar No. 13075
8  SNELL & WILMER, LLP
   3883 Howard Hughes Parkway, Suite 1100
9  Las Vegas, Nevada  89169

10 *Attorneys for Defendant Michael A. Davis*