JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
E-mail: jboyle@nevadafirm.com
HANNA S. GOODWIN, ESQ.
Nevada Bar No. 13878
E-mail: hgoodwin@nevadafirm.com
HOLLEY DRIGGS, WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912

BRIAN C. BUESCHER, ESQ. (Admitted PHV)
Brian.Buescher@KutakRock.com
PATRICK B. GRIFFIN, ESQ. (Admitted PHV)
Patrick.Griffin@KutakRock.com
KUTAK ROCK LLP
1650 Farnam Street
Omaha, Nebraska 68102
Telephone: 402/346-6000
Facsimile: 402/346-1148

*Attorneys for Plaintiff Meridian OHC Partners, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MERIDIAN OHC PARTNERS, LP,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL A. DAVIS, an individual; and RUDOLF STEINER FOUNDATION, INC., d/b/a RSF SOCIAL FINANCE, a New York corporation,<br><br>Defendants. | CASE NO.: 2:16-cv-01161-JAD-CWH<br><br>**JOINT STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE ON THE MERITS**<br><br>ECF No. 122 |

Plaintiff Meridian OHC Partners, LP and Defendants Michael A. Davis and Rudolf Steiner Foundation, Inc., d/b/a RSF Social Finance, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action, including all claims

- 1 –

asserted herein, with prejudice on the merits, each party to bear their own costs and attorneys' fees.

WHEREFORE, the parties respectfully request that the Court enter an Order dismissing this Action and all claims asserted herein, with prejudice on the merits, each party to bear their own costs and attorneys' fees.

DATED this ____ day of October, 2018.

 s/ *Patrick B. Griffin*  
James D. Boyle, Esq.  
Nevada Bar No. 08384  
Sean E. Story, Esq.  
Nevada Bar No. 13968  
HOLLEY DRIGGS WALCH  
FINE WRAY PUZEY & THOMPSON  
400 South Fourth Street, 3rd Floor  
Las Vegas, Nevada 89101

Brian C. Buescher, Esq.  
*Admitted Pro Hac Vice*  
Patrick B. Griffin, Esq.  
*Admitted Pro Hac Vice*  
KUTAK ROCK LLP  
1650 Farnam Street  
Omaha, Nebraska 68102

*Attorneys for Plaintiff Meridian OHC Partners, LP*

 s/ *Robert W. May*

 s/ *I-Che Lai*  
I-Che Lai, Esq.  
Nevada Bar No. 12247  
WILSON ELSER MOSKOWITZ  
EDELMAN & DICKER, LLP  
300 South Fourth Street, 11th Floor  
Las Vegas, Nevada 89101

Michael P. McCloskey, Esq.  
*Admitted Pro Hac Vice*  
WILSON ELSER MOSKOWITZ  
EDELMAN & DICKER, LLP  
655 West Broadway, Suite 900  
San Diego, California 92101

*Attorneys for Defendant Rudolf Steiner Foundation, Inc. d/b/a RSF Social Finance*

**ORDER**

Based on the parties' stipulation **[ECF No. 122]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____  
U.S. District Judge Jennifer A. Dorsey  
Dated: October 25, 2018

Kutak Rock LLP
Attorneys At Law
Omaha